### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

Case No. 02-42036 BKC-AJC

**American Financial Group of**
**Aventura, Inc., et al.,**

Chapter 11

_____ Debtor _____ /

## APPLICATION TO WITHDRAW UNCLAIMED FUNDS

Applicant, __**Adams & Cohen**_____, applies to this court for entry of an order directing the clerk of the court to remit to the applicant the sum of $ 3,101.80, said funds having been deposited into the Treasury of the United States pursuant to 28 U.S.C. ₰2041 as unclaimed funds held in the name of _Susan Sacchi._ Applicant further states that:

1.      (Indicate one of the following items:)

_____ Applicant is the individual listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under whose name these funds were deposited and states that no other application for this claim has been submitted by or at the request of this applicant.  If funds were deposited in the names of both husband and wife, both must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.  Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

_____ Applicant is either a family member or other authorized personal representative  of an incapacitated or deceased individual in whose name funds were deposited or  a successor in interest to the individual or business under whose name the funds were deposited.  **An original "power of attorney" conforming to the Official Bankruptcy Form and/or other supporting documents, including probate documents which indicate applicant's entitlement to this claim are attached and made a part of this application.** Also attached is a copy of an official government  photo id of applicant to prove applicant's identity.

_____ Applicant is the duly authorized representative for the business or

corporation listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under whose name these funds were deposited. Applicant has reviewed all applicable records and states that no other application for this claim has been submitted by or at the request of this claimant. **A Local Form "Affidavit of Claimant" (LF-28) and duly executed corporate power of attorney are attached and made a part of this application.**

___X___ Applicant is an attorney or a "funds locator" who has been retained by an individual or business or corporation under whose name the funds were deposited. Applicant has obtained an original "power of attorney" from the individual claimant or the duly authorized representative for the business or corporation named as the claimant in the notice of deposit of funds into the court. **An original "power of attorney", conforming to the Official Bankruptcy Form and a Local Form "Affidavit of Claimant" (LF-28) are attached and made a part of this application.**

_____ Applicant is an attorney or a "funds locator" who has been retained by the debtor in this case to claim funds deposited in the name of another individual or business or corporation. Applicant has obtained and attached to this application an original "power of attorney" from the debtor (if joint case, both debtors) who are seeking to claim these funds. Applicant has also attached to this application a notarized affidavit from the debtor detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of the debtor to prove debtor's identity.  The applicant has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose name the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint debtor case, both husband and wife must sign the power of attorney, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

_____ Applicant is the debtor seeking to claim funds deposited in the name of another individual or business or corporation. Applicant has attached to this application a sworn affidavit detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right.  Also attached is a copy of an official government photo id of applicant to prove debtor's identity.  The debtor has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint case, both husband and wife must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

2.    Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this court, or that any party other than the applicant is entitled to submit an application for this claim.

3.    Applicant has provided notice to the U.S. Attorney pursuant to 28 U.S.C. §2042.

Dated: _3-31-10_


 Susan Sacchi
Name Under Which Funds Were Deposited

  AOM6
Claim Number
 Susan Sacchi
Name of Party On Whose Behalf
Application Was Filed*

Address: 555 S. Barrington Ave., Apt. 529

        Los Angeles, CA 90049


Signature of Applicant
(Note: In addition to signing, complete all
 information below)

Last Four Digits of SS# _____

Tax ID (EIN #)___2751_____

 Jairo A. Camargo/           Manager
Print Name and Title of Applicant

 Adams & Cohen
Print Company Name

P.O. Box 546293
Print Street Address

Miami Beach, FL 33154
Print City and State

 (888) 978-9990
Telephone (including area code)

*Attach copy of official government photo id for all parties on whose behalf this application is being filed.

Sworn to and Subscribed before me

on __3/31/10__

_____
NOTARY PUBLIC, AT LARGE
STATE OF Florida _____

Oslenys B. Alba
COMMISSION # DD685304
EXPIRES: MAY 13, 2011
WWW.AARONNOTARY.com

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                      Case No. 02-42036 BKC AJC

                                            Chapter   11

**American Financial Group of
Aventura, Inc., et al.,**

_____ Debtor      /

## AFFIDAVIT OF CLAIMANT

I, __Susan Sacchi_____ , am (indicate status of claimant)

( X )  the individual creditor (or authorized personal representative of the
individual creditor) in whose name funds were deposited with the court who has
granted a power of attorney to __**Adams & Cohen**_____, a
"funds locator" or attorney to submit an application to withdraw unclaimed funds
on my behalf; or

(    ) the  duly authorized representative for the claimant "business" _____
_____; or

(  ) the debtor claiming funds deposited in the name of a creditor in this case
who has granted a power of attorney to _**Adams & Cohen**_____,
a "funds locator" or attorney, to submit an application on my behalf; or

(  ) the debtor claiming funds deposited in the name of the debtor in this case
who has granted a power of attorney to __**Adams & Cohen**_____,
a "funds locator" or attorney, to submit an application on my behalf; or

( ) the duly authorized representative for claimant "business" as indicated in the
attached corporate power of attorney who has granted a power of attorney to
 _**Adams & Cohen**_____a "funds locator" or attorney, to submit an
application to withdraw unclaimed funds on my behalf;

and I am seeking payment of unclaimed funds in the amount of **$** 3,101.80 deposited
in this court in the name of _Susan Sacchi_ and representing claim number AOM6 (if no
claim was filed write "scheduled" in blank space).

2. Claimant History:  Substantiate claimant's right to funds, including but not
limited to documents relating to sale of company, i.e. purchase agreements and/or
stipulation by prior and new owner as to right of ownership of funds.  Attach certified
copies of all necessary documentation, including those which establish the chain of

ownership of the original corporate claimant. Also attach a copy of an official government photo id to prove your identity.

3. I (or the "business" I represent as claimant) have neither previously received remittance for these funds nor have contracted with any other party other than the person named as a "funds locator" or attorney in paragraph one above to recover these funds.

I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

*Susan Sacchi*

signature of claimant or representative of "business" claimant

Dated: 3/24/2010

Susan Sacchi

print name

Claimant

title

NO SOCIAL SECURITY

5787 CANADIAN CITIZEN

Last Four Digits of Social Security # or Tax ID# (EIN #) (Note: attach a copy of an official government photo id such as a driver's license or passport)

555 S. Barrington Ave., Apt. 529, Los Angeles, CA 90049

address

(416) 483-9200

Phone number

n/a

signature of joint debtor (if applicable)

n/a

print name

n/a

Last Four Digits of Social Security # or Tax ID# (EIN #) (Note: attach a copy of an official government photo id such as a driver's license or passport)

Sworn to and Subscribed before me on _____.

_____
NOTARY PUBLIC, AT LARGE

STATE OF _____

# CALIFORNIA JURAT WITH AFFIANT STATEMENT

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], *not* Notary)

_Susan Sacchi_
Signature of Document Signer No. 1

_____
Signature of Document Signer No. 2 (if any)

State of California

County of _Los Angeles_

Subscribed and sworn to (or affirmed) before me on this

_14th_ day of _March_, 20 _10_, by
Date         Month            Year

(1)_Susan Sacchi_,
Name of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me (.) (,)

(and

(2)_____,
Name of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me.)

Signature _Marjorie G. Miller_
Signature of Notary Public

MARJORIE G. MILLER
Commission # 1840218
Notary Public - California
Los Angeles County
My Comm. Expires Apr 9, 2013

Place Notary Seal Above

---

## — OPTIONAL —

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Further Description of Any Attached Document**

Title or Type of Document: _Off hand of Claimant_

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

| RIGHT THUMBPRINT OF SIGNER #1 | RIGHT THUMBPRINT OF SIGNER #2 |
|---|---|
| Top of thumb here | Top of thumb here |

©2007 National Notary Association • 9350 De Soto Ave. • P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5910   Reorder: Call Toll-Free 1-800-876-6827

## LIMITED POWER OF ATTORNEY
### (For one transaction only)

**I, Susan Sacchi**, do hereby grant to ***ADAMS & COHEN***, my sole true and lawful attorney-in-fact for me and my name, place and stead, giving unto my attorney-in-fact full power to do and perform, on an exclusive basis, all and every act not constituting the practice of law that I may legally do through an attorney-in-fact, for the following **limited purpose only and for no other:**

To reclaim, recover, and return unclaimed funds in the amount of **$3,101.80.**

**This Limited Power of Attorney is specifically limited to the collection and disbursement of the above named funds and shall expire upon completion of this collection.** I authorize the use of a photocopy of this Power of Attorney, in lieu of the original.

I do hereby certify that the foregoing is true and correct.

_Susan Sacchi_
_____
Signature
========================================================

## NOTARY ACKNOWLEDGMENT

State of _____

SUBSCRIBED AND SWORN on the _____ day of _____, 2010 before me, personally appeared _____, personally known to me or proved to me on the basis of satisfactory evidence (see identification below) to be the person whose name is subscribed to within instrument and acknowledgment to me, that they executed the same in their authorized capacity, and that by their signature on the instrument the person or their entity upon behalf of which the person acted executed the instrument.

**Identification for the above named was Drivers License No. (or specify other identification):**_____

WITNESS my hand and official seal,

Signature_____
                Notary Public                          My commission expires:

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of _Los Angeles_ }

On _March 24, 2010_ before me, _MARJORIE G. MILLER_,
    Date                   Here Insert Name and Title of the Officer

personally appeared _Susan Sacchi_
                                  Name(s) of Signer(s)

_____,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
                           Signature of Notary Public

**MARJORIE G. MILLER**
Commission # 1840218
Notary Public - California
Los Angeles County
My Comm. Expires Apr 9, 2013

Place Notary Seal Above

---

## OPTIONAL

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: _Power of Attorney (Limited)_

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _None_

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
- ☐ Individual
- ☐ Corporate Officer — Title(s): _____
- ☐ Partner — ☐ Limited ☐ General
- ☐ Attorney in Fact
- ☐ Trustee
- ☐ Guardian or Conservator
- ☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer's Name: _____
- ☐ Individual
- ☐ Corporate Officer — Title(s): _____
- ☐ Partner — ☐ Limited ☐ General
- ☐ Attorney in Fact
- ☐ Trustee
- ☐ Guardian or Conservator
- ☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org    Item #5907    Reorder: Call Toll-Free 1-800-876-6827

**Item 2 of 2 for Request Number 1205022958**

200212052958:200212052958:1002:LISA PERL scanned on SCANER07 by Operator M-P on Dec 06, 2002 at 06:22:02 AM - Page 1 of 1.
RIGHT AMOUNT FOR CHECK #137 IS 200.000



LISA PERL
XX        953MIA
19990211   000000041246649    100000.00
200212052958   SCAN07      M-P     00335

SUNTRUST BANK,MIAMI
PRIVATE BANKING BAL HARBOUR
FL-MIAMI-7022

FORM B10 (Official Form 10) (4/98)

| UNITED STATES BANKRUPTCY COURT   Southern District of Florida | PROOF OF CLAIM |
|---|---|

| Name of Debtor<br>**American Offshore Management Of Aventura, Inc.** | Case Number<br>**02-42038-BKC-AJC** | |
|---|---|---|

NOTE:   This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503

Name of Creditor (The person or other entity to whom the debtor owes money or property):

Susan Sacchi / S.S.I. inc.

Name and address where notices should be sent:

Susan Sacchi
3722 N.E. 199th St.
Aventura, Fl. 33180

Telephone number: 305.466.9011

- ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
- ☑ Check box if you have never received any notices from the bankruptcy court in this case.
- ☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

after may 1. 2003.

Susan Sacchi
21 Lower VillageGate
Toronto, Ontario, CANADA
m5P 3L7

416.483.9200

a previously filed claim, dated: _____

s defined in 11 U.S.C. § 1114(a)

nd compensations (Fill out below)

tion for services performed

_____ to _____
(date)

ent, date obtained:

.00

tach itemized statement of all

- ☐ Check this box if your claim is secured by collateral (including a right to setoff).
  Brief Description of Collateral:
  - ☐ Real Estate   ☐ Motor Vehicle
  - ☐ Other

  Value of Collateral: $ _____

  Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

- ☐ Check this box if you have an unsecured priority claim
  Amount entitled to priority $ _____
  Specify the priority of the claim:
  - ☐ Wages, salaries, or commissions (up to $4,650), * earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
  - ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
  - ☐ Up to $2,100* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6)
  - ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7)
  - ☐ Taxes or penalties of governmental units - 11 U.S.C. § 507(a)(8).
  - ☐ Other Specify applicable paragraph of 11 U.S.C. § 507(a)

  *Amounts are subject to adjustment on 4/1/04 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

7.  **Credits:**   The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

8.  **Supporting Documents:**   *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

9.  **Date-Stamped Copy:**   To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date<br>Feb 7. 200? | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br>Susan Sacchi     Susan Sacchi |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.