2010 JUN 24 PM 2: 44

CLERK
U.S. BANKRUPTCY CT.
SD OF FLA.
MIA-OFFICE

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                    Case No. 02-42036 BKC AJC

**American Financial Group of**
**Aventura, Inc., et al.,**                        Chapter 11

_____Debtor_____/

## APPLICATION TO WITHDRAW UNCLAIMED FUNDS

Applicant, **Adams & Cohen**_____, applies to this court for entry of
an order directing the clerk of the court to remit to the applicant the sum of $ 18.587.16,
said funds having been deposited into the Treasury of the United States pursuant to 28
U.S.C. §2041 as unclaimed funds held in the name of _Merchant Investments Ltd._
Applicant further states that:

1.      (Indicate one of the following items:)

____ Applicant is the individual listed in the "Notice of Deposit of Funds with the
U.S. Bankruptcy Court Clerk" under whose name these funds were deposited
and states that no other application for this claim has been submitted by or at the
request of this applicant.  If funds were deposited in the names of both husband
and wife, both must sign this application, or if one spouse is requesting release of
funds in the name of that spouse only, applicant must attach a notarized affidavit
stating why the funds should be released to only one spouse and not in the name
of both. Also attached is a copy of an official government photo id of applicant to
prove applicant's identity.

_____ Applicant is either a family member or other authorized personal
representative  of an incapacitated or deceased individual in whose name funds
were deposited or   a successor in interest to the individual or business under
whose name the funds were deposited.  **An original "power of attorney"**
**conforming to the Official Bankruptcy Form and/or other supporting**
**documents, including probate documents which indicate applicant's**
**entitlement to this claim are attached and made a part of this application.**
Also attached is a copy of an official government  photo id of applicant to prove
applicant's identity.

_____   Applicant is the duly authorized representative for the business or

corporation listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under whose name these funds were deposited.   Applicant has reviewed all applicable records and states that no other application for this claim has been submitted by or at the request of this claimant.   **A Local Form "Affidavit of Claimant" (LF-28) and duly executed corporate power of attorney are attached and made a part of this application.**

__X__ Applicant is an attorney or a "funds locator" who has been retained by an individual or business or corporation under whose name the funds were deposited.   Applicant has obtained an original "power of attorney" from the individual claimant or the duly authorized representative for the business or corporation named as the claimant in the notice of deposit of funds into the court. **An original "power of attorney", conforming to the Official Bankruptcy Form and a Local Form "Affidavit of Claimant" (LF-28) are attached and made a part of this application.**

_____ Applicant is an attorney or a "funds locator" who has been retained by the debtor in this case to claim funds deposited in the name of another individual or business or corporation.  Applicant has obtained and attached to this application an original "power of attorney" from the debtor (if joint case, both debtors) who are seeking to claim these funds.  Applicant has also attached to this application a notarized affidavit from the debtor detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of the debtor to prove debtor's identity.   The applicant has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court.  If this is a joint debtor case, both husband and wife must sign the power of attorney, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

_____ Applicant is the debtor seeking to claim funds deposited in the name of another individual or business or corporation. Applicant has attached to this application a sworn affidavit detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right.  Also attached is a copy of an official government photo id of applicant to prove debtor's identity.   The debtor has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court.  If this is a joint case, both husband and wife must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

2.    Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this court, or that any party other than the applicant is entitled to submit an application for this claim.

3.    Applicant has provided notice to the U.S. Attorney pursuant to 28 U.S.C. §2042.

Dated: __5-4-10__

__Merchant Investments, Ltd.__
Name Under Which Funds Were Deposited

__AFG67__
Claim Number
__Merchant Investments, Ltd.__
Name of Party On Whose Behalf
Application Was Filed*

Address: __41 Charlotte Square__

__Edinburgh EH2 4HQ (U.K.)__

_____



Signature of Applicant
(Note: In addition to signing, complete all
 information below)

Last Four Digits of SS# _____

Tax ID (EIN #)___2751_____

__Jairo A. Camargo/__          __Manager__
Print Name and Title of Applicant

__Adams & Cohen__
Print Company Name

__P.O. Box 546293__
Print Street Address

__Miami Beach, FL 33154__
Print City and State

__(888) 978-9990__
Telephone (including area code)

*Attach copy of official government photo id for all parties on whose behalf this application is being filed.

Sworn to and Subscribed before me

on __5-4-10__

_____
NOTARY PUBLIC, AT LARGE
STATE OF __Florida__

Oslenys B. Alba
COMMISSION # DD665304
EXPIRES: MAY 13, 2011
WWW.AaronNotary.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                          Case No. 02-42036 BKC AJC

                                                Chapter    11

**American Financial Group of**
**Aventura, Inc., et al.,**


_____ Debtor ____/

## AFFIDAVIT OF CLAIMANT

I, __Graham Barnet_____ , am (indicate status of claimant)

(  ) the individual creditor (or authorized personal representative of the individual creditor) in whose name funds were deposited with the court who has granted a power of attorney to __**Adams & Cohen**_____, a "funds locator" or attorney to submit an application to withdraw unclaimed funds on my behalf; or

(  ) the  duly authorized representative for the claimant "business" _____
_____ _____; or

(  ) the debtor claiming funds deposited in the name of a creditor in this case who has granted a power of attorney to **Adams & Cohen**_____ _____,
a "funds locator" or attorney, to submit an application on my behalf; or

(  ) the debtor claiming funds deposited in the name of the debtor in this case who has granted a power of attorney to __**Adams & Cohen**_____,
a "funds locator" or attorney, to submit an application on my behalf; or

( X ) the duly authorized representative for claimant "business" as indicated in the attached corporate power of attorney who has granted a power of attorney to __**Adams & Cohen**_____a "funds locator" or attorney, to submit an application to withdraw unclaimed funds on my behalf;

and I am seeking payment of unclaimed funds in the amount of $ 18,587.17 deposited in this court in the name of Merchant Investments, Ltd. and representing claim number AFG67 (if no claim was filed write "scheduled" in blank space).

    2 . Claimant History:  Substantiate claimant's right to funds, including but not limited to documents relating to sale of company, i.e. purchase agreements and/or stipulation by prior and new owner as to right of ownership of funds.  Attach certified copies of all necessary documentation, including those which establish the chain of

ownership of the original corporate claimant.  Also attach a copy of an official government photo id to prove your identity.

     3.  I (or the "business" I represent as claimant) have neither previously received remittance for these funds nor have contracted with any other party other than the person named as a "funds locator" or attorney in paragraph one above to recover these funds.

     I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

_signature of claimant or representative of "business" claimant_

  Graham Barnet

print name

    Claimant's Representative

title

    Hebrew Entity

Last Four Digits of Social Security # or Tax ID# (EIN #)
(Note: attach a copy of an official government photo id such as a driver's license or passport)

  41 Charlotte Square, Edinburgh EH2 4HQ (U.K.)

address

    44 (0) 131 220 9444

Phone number

    n/a

signature of joint debtor (if applicable)

    n/a

print name

    n/a

Last Four Digits of Social Security # or Tax ID# (EIN #)
(Note: attach a copy of an official government photo id such as a driver's license or passport)

Dated: 4 | 6 | 0

Sworn to and Subscribed before me
on   4ᵗʰ June 2010

_____
NOTARY PUBLIC, AT LARGE

KENNETH D. BRYDON
SOLICITOR AND NOTARY PUBLIC
... PLACE
... ...

STATE OF _____

LF-28 (rev. 12/01/09)       Page 2 of 2



## APOSTILLE

(Hague Convention of 5 October 1961 / Convention de La Haye du 5 octobre 1961)

### UNITED KINGDOM OF GREAT BRITAIN AND NORTHERN IRELAND

1. Country: United Kingdom of Great Britain and Northern Ireland
   Pays: Royaume-Uni de Grande-Bretagne et d'Irlande du Nord
   This public document / Le present acte public

2. Has been signed by     **Kenneth D Brydon**
   a été signé par

3. Acting in the capacity of   **Notary Public**
   agissant en qualité de

4. Bears the seal/stamp of
   est revêtu du sceau/timbre de

                                        Certified/Atteste
5. at London/à Londres                  6.   the/le   **21 June 2010**

7. by Her Majesty's Principal Secretary of State for Foreign and Commonwealth Affairs /
   par le Secrétaire d'Etat Principal de Sa Majesté aux Affaires Etrangères et du Commonwealth.

8. Number/sous No     **1538176**

9. Stamp                                 10.  Signature.  **S Packer**
   timbre.



For the Secretary of State / Pour le Secrétaire d'Etat

**If this document is to be used in a country which is not party to the Hague Convention of 5th October 1961, it should be presented to the consular section of the mission representing that country.**

An apostille or legalisation certificate only confirms that the signature, seal or stamp on the document is genuine. It does not mean that the content of the document is correct or that the Foreign & Commonwealth Office approves of the content.

## CORPORATE LIMITED POWER OF ATTORNEY

**KNOW ALL MEN BY THESE PRESENTS,** that I,

    **Graham Barnet,** _Director_ **of Merchant Investments Limited** acting on its behalf hereby state that as such, I am authorized to seek recovery of the unclaimed, undistributed, or undelivered tenders of funds belonging to **Merchant Investments Limited** held by the United States, by a state or local municipality, or by an agency or instrumentality of either.

Signed this _14_ day of _June_, 2010

By     _(signature)_
      Graham Barnet

State of _____

    The above named _Graham Barnet_ known to be the individual described in (and holding the position designated in) the foregoing instrument, appeared before me and acknowledged the execution thereof to be his/her free of act and deed.

SWORN AND SUBSCRIBED BEFORE ME: _____
                                Notary Public

My commission expires:_____

                             KENNETH D. BRYDON
                             SOLICITOR AND NOTARY PUBLIC
                             8 MANOR PLACE
                             EDINBURGH EH3 7DD

## APOSTILLE

(Hague Convention of 5 October 1961 / Convention de La Haye du 5 octobre 1961)

### UNITED KINGDOM OF GREAT BRITAIN AND NORTHERN IRELAND

1.  Country: United Kingdom of Great Britain and Northern Ireland
    Pays: Royaume-Uni de Grande-Bretagne et d'Irlande du Nord
    This public document / Le présent acte public

2.  Has been signed by        **Kenneth D Brydon**
    a été signé par

3.  Acting in the capacity of   **Notary Pnblic**
    agissant en qualité de

4.  Bears the seal/stamp of
    est revêtu du sceau/timbre de

                                                Certified/Attesté
5.  at London/à Londres                    6.  the/le   **21 June 2010**

7.  by Her Majesty's Principal Secretary of State for Foreign and Commonwealth Affairs /
    par le Secrétaire d'Etat Principal de Sa Majesté aux Affaires Etrangères et du Commonwealth.

8.  Number/sous No        **I538233**

9.  Stamp:                                   10.  Signature:  **S Packer**
    timbre:





                                For the Secretary of State / Pour le Secrétaire d'Etat

**If this document is to be used in a country which is not party to the Hague Convention of 5th October 1961, it should be presented to the consular section of the mission representing that country.**

An apostille or legalisation certificate only confirms that the signature, seal or stamp on the document is genuine. It does not mean that the content of the document is correct or that the Foreign & Commonwealth Office approves of the content.

## LIMITED POWER OF ATTORNEY
### (For one transaction only)

I, **Graham Barnet,** do hereby grant to *ADAMS & COHEN* my sole true and lawful attorney-in-fact for me and my name, place and stead, giving unto my attorney-in-fact full power to do and perform, on an exclusive basis, all and every act not constituting the practice of law that I may legally do through an attorney-in-fact, for the following **limited purpose only and for no other:**

To reclaim, recover, and return unclaimed funds in the amount of **$ 18,587.16.**

**This Limited Power of Attorney is specifically limited to the collection and disbursement of the above named funds and shall expire upon completion of this collection.** I authorize the use of a photocopy of this Power of Attorney, in lieu of the original. The person signing this Power of Attorney represents and warrants that he (she) has authority to sign for the corporation.

I do hereby certify that the foregoing is true and correct.

_____
Signature

=============================================================

## NOTARY ACKNOWLEDGMENT

State of _____

SUBSCRIBED AND SWORN on the _4ᵗʰ_ day of _Jᴜ~ᴳ_____, 2010 before me, personally appeared _ᴳ ᴸᴬᴺᴬᵐ ᴮᴬᴿᴺᴳᵀ_____, personally known to me or proved to me on the basis of satisfactory evidence (see identification below) to be the person whose name is subscribed to within instrument and acknowledgment to me, that they executed the same in their authorized capacity, and that by their signature on the instrument the person or their entity upon behalf of which the person acted executed the instrument.

**Identification for the above named was Drivers License No. (or specify other identification):**_____

WITNESS my hand and official seal,

Signature _____
            Notary Public                                My commission expires:

KENNETH D. BRYDON
SOLICITOR AND NOTARY PUBLIC
5 MANOR PLACE
EDINBURGH EH3 7DD

APOSTILLE

(Hague Convention of 5 October 1961 / Convention de La Haye du 5 octobre 1961)

**UNITED KINGDOM OF GREAT BRITAIN AND NORTHERN IRELAND**

1.  Country: United Kingdom of Great Britain and Northern Ireland
    Pays: Royaume-Uni de Grande-Bretagne et d'Irlande du Nord
    This public document / Le présent acte public

2.  Has been signed by          **Kenneth D Brydon**
    a été signé par

3.  Acting in the capacity of  **Notary Public**
    agissant en qualité de

4.  Bears the seal/stamp of
    est revêtu du sceau/timbre de

                                                    Certified/Attesté
5.  at London/à Londres                    6.    the/le  **21 June 2010**

7.  by Her Majesty's Principal Secretary of State for Foreign and Commonwealth Affairs /
    par le Secrétaire d'Etat Principal de Sa Majesté aux Affaires Etrangères et du Commonwealth.

8.  Number/sous No    **I538177**

9.  Stamp:                                        10.  Signature:  **S Packer**
    timbre:





                                        For the Secretary of State / Pour le Secrétaire d'Etat

**If this document is to be used in a country which is not party to the Hague Convention of 5th October
1961, it should be presented to the consular section of the mission representing that country.**

An apostille or legalisation certificate only confirms that the signature, seal or stamp on the document is
genuine. It does not mean that the content of the document is correct or that the Foreign &
Commonwealth Office approves of the content.

 

## COMPANY DETAILS

---

**Name & Registered Office:**
MERCHANT INVESTMENTS LIMITED
STANTONMUIR 33 GILLESPIE ROAD
EDINBURGH
EH13 0NW

**Status:** Active

**Company No.:** SC153154

**Date of Incorporation:** 21/09/1994
**Country of Origin:** United Kingdom

---

**Company Type:** Private Limited Company
**Nature Of Business (SIC(03)):**
7414 - Business & management consultancy
7487 - Other business activities

---

**Accounting Reference Date:** 30/06
**Last Accounts Made Up To:** 30/06/2009 (TOTAL EXEMPTION SMALL)
**Next Accounts Due:** 31/03/2011
**Last Return Made Up To:** 21/09/2009
**Next Return Due:** 19/10/2010

---

**Mortgage: Number of Charges:** ( 0 outstanding / 0 satisfied / 0 part satisfied )
**Last members list:** 21/09/2009

---

**Previous Names**

| Date of Change: | Previous Name: |
|---|---|
| 29/09/1994 | SCOTUS LIMITED |

 

## COMPANY APPOINTMENTS

| | |
|---|---|
| **Registered No.:** | SC153154 |
| **Name:** | MERCHANT INVESTMENTS LIMITED |
| **Address:** | STANTONMUIR 33 GILLESPIE ROAD EDINBURGH EH13 0NW |

**Company Appointments: 3 / Resignations: 2**

**Include** Resignations

To view details of other appointments held, click on the appropriate underlined name.

BARNET, JAY
21 GLOUCESTER LANE
EDINBURGH
EH3 6ED

**Appointments: 2**

SECRETARY
**Appointed:** 30/03/2006
**Occupation:** INVESTMENT
EXECUTIVE

BARNET, GRAHAM FLEMING
STANTONMUIR
33 GILLESPIE ROAD
EDINBURGH
EH13 0NW

**Country/State of Residence:** SCOTLAND
**Date of Birth:** 22/09/1963
**Appointments:** 86

DIRECTOR
**Appointed:** 21/09/1994
**Nationality:** BRITISH
**Occupation:** SOLICITOR

BARNET, JAY

21 GLOUCESTER LANE
EDINBURGH
EH3 6ED

**Date of Birth:** 30/03/1982
**Appointments:** 2

DIRECTOR
**Appointed:** 30/03/2006
**Nationality:** BRITISH
**Occupation:** INVESTMENT
EXECUTIVE



*Companies House*
----- for the record -----
Company Name
**MERCHANT INVESTMENTS
LIMITED**

Company Type
**Private Company Limited By
Shares**
Company Number
**SC153154**
Information extracted from
Companies House records on
**29th August 2003**

Ref: SC153154/03/10



# 363s Annual Return

> Please check the details printed in blue on this statement.
> If any details are wrong, strike them through and write the correct details in the "Amended details" column.
> Please use black pen and write in capitals.

## Section 1: Company details



| | Current details | Amended details |
|---|---|---|
| > Registered Office Address<br>*If any of the details are wrong, strike them through and fill in the correct details in the "Amended details" column.* | **Stantonmuir 33 Gillespie Road<br>Edinburgh<br>EH13 0NW** | Address<br>_____<br>_____<br>_____<br>UK Postcode _ _ _ _  _ _ _ |
| > Register of Members<br>*If any of the details are wrong, strike them through and fill in the correct details in the "Amended details" column.* | **Address where the Register is held**<br><br>**At Registered Office** | Address<br>_____<br>_____<br>_____<br>UK Postcode _ _ _ _  _ _ _ |
| > Register of Debenture Holders<br>*If any of the details are wrong, strike them through and fill in the correct details in the "Amended details" column.* | **Not Applicable** | Address<br>_____<br>_____<br>_____<br>UK Postcode _ _ _ _  _ _ _ |

| | SIC Code | Description | SIC CODE | Description |
|---|---|---|---|---|
| > Principal Business Activities<br>*If any of the details are wrong, strike them through and fill in the correct details in the "Amended details" column.* | 7414<br><br>7487 | Business & management consultancy<br>Other business activities | _ _ _ _<br>_ _ _ _<br>_ _ _ _ | _____<br>_____<br>_____ |
| > *Please enter additional principal activity code(s) in "Amended details" column. See notes for guidance for list of activity codes.* | | | _ _ _ _ | _____ |

1

Company Number - SC153154       **Section 2: Details of Officers of the Company**

| | Current details | Amended details |
|---|---|---|
| **> Company Secretary**<br>*If any of the details for this<br>person are wrong, strike<br>them through and fill in the<br>correct details in the<br>"Amended details" column.* | **Name**<br>Trudy BARNET<br><br>**Address**<br>Stantonmuir<br>33 Gillespie Road<br>Edinburgh<br>EH13 0NW | Name<br><br>⬚ Tick this box if this address is a service<br>address for the beneficiary of a<br>Confidentiality Order granted under section 723B<br>of the Companies Act 1985.<br><br>Address |
| *Particulars of a new<br>Company Secretary must<br>be notified on form 288.* | | <br><br>UK Postcode _ _ _ _   _ _ _<br>Date of change _ _ / _ _ / _ _ _ _<br>Date Trudy BARNET<br>ceased to be secretary (if applicable)<br>_ _ / _ _ / _ _ _ _ |
| **> Director**<br>*If any of the details for this<br>person are wrong, strike<br>them through and fill in the<br>correct details in the<br>"Amended details" column.* | **Name**<br>Graham Fleming BARNET<br><br>**Address**<br>Stantonmuir<br>33 Gillespie Road<br>Edinburgh<br>EH13 0NW | Name<br><br>⬚ Tick this box if this address is a service<br>address for the beneficiary of a<br>Confidentiality Order granted under section 723B<br>of the Companies Act 1985.<br><br>Address |
| | **Date of birth** 22/09/1963 | |
| *Particulars of a new Director<br>must be notified on form<br>288.* | **Nationality** British<br><br>**Occupation** Solicitor | UK Postcode _ _ _ _   _ _ _<br>Date of birth _ _ / _ _ / _ _ _ _<br>Nationality<br>Occupation<br>Date of change _ _ / _ _ / _ _ _ _<br>Date Graham Fleming BARNET ceased<br>to be director (if applicable)<br>_ _ / _ _ / _ _ _ _ |

2

Company Number - SC153154

## Section 3: Share Capital

| | Current details | Amended details |
|---|---|---|
| **> Issued Share Capital** *This table shows the total number of shares that have been issued by your company and their Nominal Value. If any of the details are wrong, please fill in the correct details.* | **Class of share** Ordinary | Class of share |
| | **Nominal value of each share** £1.00 | Nominal value of each share |
| | **Number of shares issued** 500 | Number of shares issued |
| | **Aggregate Nominal Value of issued shares** £500.00 | Aggregate Nominal Value of issued shares |
| **> Total shares issued and value** *If any of the details are wrong, strike them through and fill in the correct details in the "Amended details" column.* | **Total number of shares issued** 500 | Total number of shares issued |
| | **Total Nominal value of shares issued** £500.00 | Total Nominal value of shares issued |

> At the date of this Annual Return, if the company has altered or changed its share capital in any way or allotted new shares, please refer to the guidance notes for details of the appropriate form that should be sent with this Annual Return. Annual return guidance notes are available on the Companies House web site at www.companieshouse.gov.uk or by ringing 0870 3333636.

3

Company Number - SC153154    **Section 4: Details of Shareholders**

> The details we hold on your company's shareholders and their shareholdings are printed below. These are based on your last Annual Return.

> If any details have changed, or if any shares have been transferred, please fill in the details in the *"Amended details"* or *"Shares transferred"* column.

> Please give details of any other shareholders in Section 5.

| Current details | Amended details | Shares transferred |
|---|---|---|
| > **Shareholder Name** David BARNET | Name | |
| | Address | |
| **Address** Stantonmuir 33 Gillespie Road Edinburgh EH13 0NW | | **Shares transferred by** David BARNET |
| | UK Postcode _ _ _ _ _ _ | |
| **Shares held** Class    Number Ordinary    5 | **Shares held** Class    Number | Class    Number Date of transfer    _ _ / _ _ / _ _ _ _    _ _ / _ _ / _ _ _ _ |
| > **Shareholder Name** Graham BARNET | Name | |
| | Address | |
| **Address** Stantonmuir 33 Gillespie Road Edinburgh EH13 0NW | | **Shares transferred by** Graham BARNET |
| | UK Postcode _ _ _ _ _ _ | |
| **Shares held** Class    Number Ordinary    385 | **Shares held** Class    Number | Class    Number Date of transfer    _ _ / _ _ / _ _ _ _    _ _ / _ _ / _ _ _ _ |
| > **Shareholder Name** Ian BARNET | Name | |
| | Address | |
| **Address** 39 Woodburn Terrace Edinburgh | | **Shares transferred by** Ian BARNET |
| | UK Postcode _ _ _ _ _ _ | |
| **Shares held** Class    Number Ordinary    5 | **Shares held** Class    Number | Class    Number Date of transfer    _ _ / _ _ / _ _ _ _    _ _ / _ _ / _ _ _ _ |

4

Company Number - SC153164    **Section 4: Details of Shareholders** (continued)

| Current details | Amended details | Shares transferred |
|---|---|---|

> **Shareholder**
**Name**
Trustee Of Jack BARNET

Name

**Address**
Stantonmuir
33 Gillespie Road Edinburgh
EH13 0NW

Address

Shares transferred by
Trustee Of Jack BARNET

UK Postcode  _ _ _ _  _ _ _

| Shares held | | Shares held | | | | |
|---|---|---|---|---|---|---|
| Class | Number | Class | Number | Class | Number | Date of transfer |
| Ordinary | 50 | | | | | _ _ / _ _ / _ _ _ _ |
| | | | | | | _ _ / _ _ / _ _ _ _ |

> **Shareholder**
**Name**
James BARNET

Name

**Address**
39 Woodburn Terrace
Edinburgh

Address

Shares transferred by
James BARNET

UK Postcode  _ _ _ _  _ _ _

| Shares held | | Shares held | | | | |
|---|---|---|---|---|---|---|
| Class | Number | Class | Number | Class | Number | Date of transfer |
| Ordinary | 5 | | | | | _ _ / _ _ / _ _ _ _ |
| | | | | | | _ _ / _ _ / _ _ _ _ |

> **Shareholder**
**Name**
Trust Of Katherine BARNET

Name

**Address**
Stantonmuir
33 Gillespie Road Edinburgh
EH13 0NW

Address

Shares transferred by
Trust Of Katherine BARNET

UK Postcode  _ _ _ _  _ _ _

| Shares held | | Shares held | | | | |
|---|---|---|---|---|---|---|
| Class | Number | Class | Number | Class | Number | Date of transfer |
| Ordinary | 50 | | | | | _ _ / _ _ / _ _ _ _ |
| | | | | | | _ _ / _ _ / _ _ _ _ |

5

Company Number - SC153154

## Section 5: Details of Other Shareholders

> Please fill in details of any persons or corporate bodies who are shareholders of the company at the date of this return, but whose details are not printed in Section 4.

> Also, provide the details of any persons who became but have ceased to be shareholders of the company since the date of the last annual return.

> For jointly held shares please list those joint shareholders consecutively on the form. If a joint shareholder also holds shares in their own right, list that holding separately.

> *Please copy this page if there is not enough space to enter all the company's other shareholders.*

| Shareholders details | Class and number of shares or amount of stock held | Class and number of shares or amount of stock transferred (if appropriate) | Date of registration of transfer (if appropriate) |
|---|---|---|---|
| Name<br><br>Address<br><br><br><br>UK Postcode _ _ _ _ _ _ _ | | | |
| Name<br><br>Address<br><br><br><br>UK Postcode _ _ _ _ _ _ _ | | | |
| Name<br><br>Address<br><br><br><br>UK Postcode _ _ _ _ _ _ _ | | | |
| Name<br><br>Address<br><br><br><br>UK Postcode _ _ _ _ _ _ _ | | | |

6

Company Number - SC153154



*Companies House*
—— *for the record* ——

# 363s  Annual Return Declaration

> When you have checked *all* the sections of this form, please complete this page and sign the declaration below.

> If you want to change the made up date of this annual return, please complete 2 below.

## 1. Declaration

☐ I confirm that the details in this annual return are correct as at the made-up-date (shown at 2 below). I enclose the filing fee of £15.

Signature _____     Date 25 / 11 / 2003
(Director / ~~Secretary~~)

*This date must not be earlier than the return date at 2 below*

**What to do now**
*Complete this page then send the whole of the Annual Return and the declaration to the address shown at 4 below.*

## 2. Date of this return

☐ This AR is made up to **21/9/2003**

If you are making this return up to an earlier date, please give the date here

_ _ / _ _ / _ _ _ _

*Note· The form must be delivered to CH within 28 days of this date*

## 3. Date of next return

☐ If you wish to change your next return to a date earlier than **21st September 2004** please give the new date here:

_ _ / _ _ / _ _ _ _

## 4. Where to send this form

☐ Please return this form to:

Registrar of Companies
Companies House
37 Castle Terrace
Edinburgh EH1 2EB

*Have you enclosed the filing fee with the company number written on the reverse of the cheque?*

## Contact Address

You do not have to give any contact information below, but if you do, it will help Companies House to contact you if there is a query on the form. The contact information that you give will be visible to searchers of the public record.

Contact Name                          Telephone number *inc code*
_____                 _ _ _ _ _ _ _ _ _ _

Address                               DX number *if applicable*
_____                 _ _ _ _ _
_____                 DX exchange
_____                 _____

Postcode    _ _ _ _ _ _ _

7

FORM B10 (Official Form 10) (4/98)

| UNITED STATES BANKRUPTCY COURT    Southern District of Florida | PROOF OF CLAIM |
|---|---|

**Name of Debtor**
American Financial Group of Aventura, Inc.

**Case Number**
02-42036-BKC-AJC

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| | |
|---|---|
| Name of Creditor (The person or other entity to whom the debtor owes money or property): MERCHANT INVESTMENTS LTD | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
| Name and address where notices should be sent: BAYSHORE WEALTH MANAGEMENT CORP OCE PLACE, BAY WELLINGTON TOWER 181 BAY STREET, SUITE 2800 TORONTO, ON M5J-2T3, CANADA Telephone number: | ☑ Check box if you have never received any notices from the bankruptcy court in this case. ☑ Check box if the address differs from the address on the envelope sent to you by the court. |
|  | THIS SPACE IS FOR COURT USE ONLY |

**Account or other number by which creditor identifies debtor:**
MRC 144 NV

Check here
if this claim  ☐ replaces
☐ amends  a previously filed claim. dated:

| 1. **Basis for Claim** | |
|---|---|
| ☐ Goods sold ☐ Services performed ☑ Money loaned ☐ Personal injury/wrongful death ☐ Taxes ☐ Other | ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a) ☐ Wages, Salaries and compensations (Fill out below) Your SS #: _ _ _ — _ _ — _ _ _ _ Unpaid compensation for services performed from ___ — ___ (date) to ___ — ___ (date) |

| 2. Date debt was incurred: MARCH 31, 2002 | 3.  If court judgment, date obtained: |
|---|---|

4. Total Amount of Claim at Time Case Filed:   $ 1,495,665.17

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

| 5. Secured Claim. | 6.  Unsecured Priority Claim. |
|---|---|
| ☐ Check this box if your claim is secured by collateral (including a right to setoff). Brief Description of Collateral: ☐ Real Estate   ☐ Motor Vehicle ☐ Other ____ Value of Collateral:  $ ____ Amount of arrearage and other charges at time case filed included in secured claim, if any:  $ ____ | ☐ Check this box if you have an unsecured priority claim Amount entitled to priority  $ Specify the priority of the claim: ☐ Wages, salaries, or commissions (up to $4,650), earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3). ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4). ☐ Up to $2,100* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6). ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7). ☐ Taxes or penalties of governmental units - 11 U.S.C. § 507(a)(8). ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)___. *Amounts are subject to adjustment on 4/1/04 and every three years thereafter with respect to cases commenced on or after the date of adjustment. |

7.  Credits:       The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

8.  Supporting Documents:       Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

9.  Date-Stamped Copy:       To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date Feb. 27/03 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): _____ solicitor for Merchant Investment Ltd. |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571