UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                        Case No. 02-42036-BKC-AJC
                                              Chapter 11
American Financial Group of Aventura

_____Debtor_____/

*[FILED stamp: U.S. BANKRUPTCY CT, S.D. OF FLA., 10 SEP 29 AM 9:03]*

APPLICATION TO WITHDRAW UNCLAIMED FUNDS

Applicant, __ANTON CHEKRENEV__, applies to this court for entry of an order directing the clerk of the court to remit to the applicant the sum of $__8173.62__, said funds having been deposited into the Treasury of the United States pursuant to 28 U.S.C. §2041 as unclaimed funds held in the name of __ANTON CHEKRENEV__. Applicant further states that:

1.   (Indicate one of the following items:)

    **X**  Applicant is the individual listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under whose name these funds were deposited and states that no other application for this claim has been submitted by or at the request of this applicant. If funds were deposited in the names of both husband and wife, both must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both. Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

    ___ Applicant is either a family member or other authorized personal representative of an incapacitated or deceased individual in whose name funds were deposited or a successor in interest to the individual or business under whose name the funds were deposited. **An original "power of attorney" conforming to the Official Bankruptcy Form and/or other supporting documents, including probate documents which indicate applicant's entitlement to this claim are attached and made a part of this application.** Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

    ___ Applicant is the duly authorized representative for the business or corporation listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under

LF-27 (rev. 12/01/09)

| Page 1 of 3 FINANCIAL OFFICE REVIEW | | |
|---|---|---|
| Application Received | Date: 9/29/10 | Initials: LJ |
| Payment Approved | Date: 9/30/10 | Initials: W |
| Forwarded to Judge | Date: 9/30/10 | Initials: W |

whose name these funds were deposited.  Applicant has reviewed all applicable records and states that no other application for this claim has been submitted by or at the request of this claimant.  **A Local Form "Affidavit of Claimant" (LF-28) and duly executed corporate power of attorney are attached and made a part of this application.**

____ Applicant is an attorney or a "funds locator" who has been retained by an individual or business or corporation under whose name the funds were deposited.  Applicant has obtained an original "power of attorney" from the individual claimant or the duly authorized representative for the business or corporation named as the claimant in the notice of deposit of funds into the court.  **An original "power of attorney", conforming to the Official Bankruptcy Form and a Local Form "Affidavit of Claimant" (LF-28) are attached and made a part of this application.**

____ Applicant is an attorney or a "funds locator" who has been retained by the debtor in this case to claim funds deposited in the name of another individual or business or corporation.  Applicant has obtained and attached to this application an original "power of attorney" from the debtor (if joint case, both debtors) who are seeking to claim these funds.  Applicant has also attached to this application a notarized affidavit from the debtor detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right.  Also attached is a copy of an official government photo id of the debtor to prove debtor's identity.  The applicant has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court.  If this is a joint debtor case, both husband and wife must sign the power of attorney, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

__ Applicant is the debtor seeking to claim funds deposited in the name of another individual or business or corporation.  Applicant has attached to this application a sworn affidavit detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right.  Also attached is a copy of an official government photo id of applicant to prove debtor's identity.  The debtor has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court.  If this is a joint case, both husband and wife must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

2. Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this court, or that any party other than the applicant is entitled to submit an application for this claim.

3. Applicant has provided notice to the U.S. Attorney pursuant to 28 U.S.C. §2042.

Dated: _July 27, 2010_

_ANTON CHEKRENEV_
Name Under Which Funds Were Deposited

_Scheduled_
Claim Number

_ANTON CHEKRENEV_
Name of Party On Whose Behalf Application Was Filed*

Address: _65 Gentry_
_Irvine, CA 92620_

_[signature]_
Signature of Applicant
(Note: In addition to signing, complete all information below)

Last Four Digits of SS# _9990_

Tax ID (EIN #)_____

_ANTON CHEKRENEV_
Print Name and Title of Applicant

_____
Print Company Name

_____
Print Street Address

_____
Print City and State

_____
Telephone (including area code)

*Attach copy of official government photo id for all parties on whose behalf this application is being filed.

Sworn to and Subscribed before me

on _____

_____
NOTARY PUBLIC, AT LARGE
STATE OF _____



**CONSULATE GENERAL OF THE**
**UNITED STATES OF AMERICA**

ST. PETERSBURG, RUSSIA

Russian Federation............................................................)
Leningrad Oblast...............................................................)
City of St. Petersburg........................................................) *S.S.*
Consulate General of the United States of America.........)

I, __MATTHEW A. COTTRELL__, Consul of the United States of America at St. Petersburg, Russia, duly commissioned and qualified, do hereby certify that on __11 AUG 2010__, before me personally appeared persons known to me to be:
(date)

__CHEKRENEV, ANTON AKA :__
__TCHEKRENEV, ANTON__

who swore to/affirmed and subscribed the attached document before me.

I assume no responsibility for the truth or falsity of the representations which appear in the annexed document.

In witness whereof I have hereunto set my hand and official seal the day and year last above written.

[Seal]

(Signature of Consul)
Matthew A. Cottrell
Consul of the
United States of America

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:   Case No. 02-42036-BKC-AJC
         Chapter 11

_____ Debtor ___/

**AFFIDAVIT OF CLAIMANT**

I, ANTON TCHEKRENEV , am (indicate status of claimant)

(X) the individual creditor (or authorized personal representative of the individual creditor) in whose name funds were deposited with the court who has granted a power of attorney to ANTON TCHEKRENEV , a "funds locator" or attorney to submit an application to withdraw unclaimed funds on my behalf; or

( ) the duly authorized representative for the claimant "business" _____ _____; or

( ) the debtor claiming funds deposited in the name of a creditor in this case who has granted a power of attorney to _____, a "funds locator" or attorney, to submit an application on my behalf; or

( ) the debtor claiming funds deposited in the name of the debtor in this case who has granted a power of attorney to _____, a "funds locator" or attorney, to submit an application on my behalf; or

( ) the duly authorized representative for claimant "business" as indicated in the attached corporate power of attorney who has granted a power of attorney to _____ a "funds locator" or attorney, to submit an application to withdraw unclaimed funds on my behalf;

and I am seeking payment of unclaimed funds in the amount of $ 8173.62 deposited in this court in the name of ANTON TCHEKRENEV and representing claim number scheduled (if no claim was filed write "scheduled" in blank space).

2. Claimant History: Substantiate claimant's right to funds, including but not limited to documents relating to sale of company, i.e. purchase agreements and/or stipulation by prior and new owner as to right of ownership of funds. Attach certified copies of all necessary documentation, including those which establish the chain of

ownership of the original corporate claimant. Also attach a copy of an official government photo id to prove your identity.

    3. I (or the "business" I represent as claimant) have neither previously received remittance for these funds nor have contracted with any other party other than the person named as a "funds locator" or attorney in paragraph one above to recover these funds.

    I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated: July 19, 2010

_____
signature of claimant or representative of "business" claimant

ANTON TCHEKRENEV
print name

_____
title

9990
Last Four Digits of Social Security # or Tax ID# (EIN #)
(Note: attach a copy of an official government photo id such as a driver's license or passport")

65 Gentry, IRVINE, CA 92620
address

+1 949-752-84-36
Phone number

_____
signature of joint debtor (if applicable)

_____
print name

_____
Last Four Digits of Social Security # or Tax ID# (EIN #)
(Note: attach a copy of an official government photo id such as a driver's license or passport")

Sworn to and Subscribed before me on _____.

_____
NOTARY PUBLIC, AT LARGE

STATE OF _____

LF-28 (rev. 12/01/09)    Page 2 of 2



CONSULATE GENERAL OF THE
UNITED STATES OF AMERICA

ST. PETERSBURG, RUSSIA

Russian Federation..................................................)
Leningrad Oblast....................................................)
City of St. Petersburg.............................................) S.S.
Consulate General of the United States of America........)

FILED
10 SEP 29 AM 9:04
CLERK U.S. BANKRUPTCY CT
S.D. FLA.

I, **MATTHEW A. COTTRELL**, Consul of the United States of America at St. Petersburg, Russia, duly commissioned and qualified, do hereby certify that on **11 AUG 2010** (date), before me personally appeared persons known to me to be:

**CHEKRENEV, ANTON AKA: TCHEKRENEV, ANTON**

who swore to/affirmed and subscribed the attached document before me.

I assume no responsibility for the truth or falsity of the representations which appear in the annexed document.

In witness whereof I have hereunto set my hand and official seal the day and year last above written.

[Seal]

Matthew A. Cottrell
(Signature of Consul)
Consul of the
United States of America



**CONSULATE GENERAL OF THE
UNITED STATES OF AMERICA**

ST. PETERSBURG, RUSSIA

Russian Federation..........................................................)
Leningrad Oblast.............................................................)
City of St. Petersburg......................................................) S.S.
Consulate General of the United States of America.........)

I, _Matthew A. Cottrell_, Consul of the United States of America at St. Petersburg, Russia, duly commissioned and qualified, do hereby certify that on

**11 AUG 2010**, before me personally appeared persons known to me to be:
(date) _ChekRenev, Anton, AKA: TchekRenev, Anton_

who swore to/affirmed and subscribed the attached document before me.

I assume no responsibility for the truth or falsity of the representations which appear in the annexed document.

In witness whereof I have hereunto set my hand and official seal the day and year last above written.

[Seal]

(Signature of Consul)

**Matthew A. Cottrell
Consul of the
United States of America**

Please, note that the name has been changed from ANTON TCHEKRENEV to ANTON CHEKRENEV due to the different translation in foreign passports.

Passport 43 N 7417874 issued on 06.25.1997 - French spelling ANTON TCHEKRENEV

Passport 51 N 0690560 issued on 02.28.2002 - English spelling ANTON CHEKRENEV

Russian spelling of the name remains the same: АНТОН ЧЕКРЕНЕВ.

27.07.2010г.